# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LAZENTA VAUGHN (#601314)

VERSUS

WILBERT JOSEPH, ET AL.

CIVIL ACTION

16-229-SDD-RLB

## RULING

This matter comes before the Court in connection with the Court's *Orders* dated April 19, 2016 and June 6, 2016.[1] On April 19, 2016, the Plaintiff was ordered to pay, within twenty-one (21) days of the date of the *Order*,[2] an initial partial filing fee in the amount of $.95 "or this action shall be dismissed." The Plaintiff failed to pay the initial partial filing fee as ordered and, on June 6, 2016, the Court ordered the Plaintiff to show cause, in writing, within twenty-one (21) days of the date of the *Order*, why his *Complaint*[3] should not be dismissed for failure to pay the initial partial filing fee. The *Order* also advised the Plaintiff that failure to submit the requested information, or a determination by the Court that the Plaintiff had sufficient funds to make the required payment but failed to do so, would result in dismissal of the Plaintiff's action without further notice.[4]

A review of the record reflects that the Plaintiff has failed to respond to the Court's *Order*[5] and has failed to pay the initial partial filing fee. Accordingly,

---

[1] Rec. Docs. 3 and 5.
[2] Rec. Doc. 3.
[3] Rec. Doc. 1.
[4] See Rec. Doc. 5.
[5] Rec. Doc. 5.

**IT IS HEREBY ORDERED** that the above-captioned proceeding be dismissed without prejudice for failure of the Plaintiff to pay the Court's initial partial filing fee. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 11th day of August, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA